PER CURIAM.

On consideration of the motion filed by the respondent in the above entitled and numbered cause,

It is ordered that the Mandate of this Court issued to the Clerk of the United States Board of Tax Appeals on April 6th, 1937, be recalled, and that the judgment of this Court entered in said cause on March 9th, 1937, be, and the same is hereby, set aside and annulled; and

It is now ordered, adjudged and decreed by this Court, in accordance with the judgment of the United States Supreme Court entered on February 28, 1938, Helvering v. Therrell, 303 U.S. 218, 58 S.Ct. 539, 82 L.Ed. ——, that the judgment of the United States Board of Tax Appeals in this cause be, and the same is hereby, affirmed.

**Ruth TUCKER, Appellant, v. UNITED STATES of America.**

**No. 11156.**

Circuit Court of Appeals, Eighth Circuit.

April 13, 1938.

A. D. Hadsell, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow, and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this Court, on motion of appellant.

**TUNNICLIFFE v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 8259.**

Circuit Court of Appeals, Fifth Circuit.

July 18, 1938.

For former opinion, see 88 F.2d 873.

H. M. Voorhis, of Orlando, Fla., for petitioner.

Howard P. Locke, J. Louis Monarch, and Sewall Key, Sp. Assts. to Atty. Gen., Robert H. Jackson and James W. Morris, Asst. Attys., Gen., and Herman Oliphant, Gen. Counsel, Dept. of Treasury, and John E. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

On consideration of the motion filed by the respondent in the above entitled and numbered cause,

It is ordered that the Mandate of this Court issued to the Clerk of the United States Board of Tax Appeals on April 6th, 1937, be recalled, and that the judgment of this Court entered in said cause on March 9th, 1937, be, and the same is hereby, set aside and annulled; and

It is now ordered, adjudged and decreed by this Court, in accordance with the judgment of the United States Supreme Court entered on February 28, 1938, Helvering v. Therrell, 303 U.S. 218, 58 S.Ct. 539, 82 L.Ed. ——, that the judgment of the United States Board of Tax Appeals in this cause be, and the same is hereby,

Affirmed.

**UNION PACIFIC RAILROAD COMPANY v. Pearl Mary GLOVER, Administratrix, etc.**

**No. 8872.**

Circuit Court of Appeals, Ninth Circuit.

Aug. 1, 1938.

George H. Smith, of Salt Lake City, Utah, and H. B. Thompson, of Pocatello, Idaho, for appellant.

Walter H. Anderson, of Pocatello, Idaho, for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.